# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SEEGRID CORPORATION,<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 14-12391 (BLS) |
| HERC MANAGEMENT SERVICES, LLC, SCREAMING EAGLE AIR, INC., and GREAT AMERICAN HEALTH PLANS, INC.,<br><br>　　　　Plaintiffs,<br><br>　　　-against-<br><br>GIANT EAGLE, INC. and GIANT EAGLE OF DELAWARE, INC.,<br><br>　　　　Defendants. | Adv. Proc. No. 14-50970 (BLS)<br><br>Re: D.I. Nos. 9, 15-16, 18 |

## ORDER GRANTING PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF THE COMPLAINT IN ADVERSARY PROCEEDING

Upon the *Plaintiffs' Motion for Voluntary Dismissal of the Complaint in Adversary Proceeding* (the "Motion to Dismiss"); and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.　　The Motion to Dismiss is granted.

RLF1 11397949v.1

2.  The Complaint[1] in the above-captioned adversary proceeding is hereby dismissed without prejudice and without costs to either party.[2] The Clerk of the Court is directed to close this adversary proceeding.

3.  The Court retains jurisdiction over the implementation and interpretation of this Order.

Dated: January **20**, 2015
Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used but otherwise not defined in this Order shall have the meaning ascribed to such terms in the Motion to Dismiss.

[2] The terms of, or entry of, this order does not waive Giant Eagle's right (if any) to move a different Court for costs pursuant to Rule 41(d) of the Federal Rules of Civil Procedure or the Plaintiffs' rights and/or defenses with respect thereto.

2