# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Sherry | Date Created: 1/20/2015 |
| Case: 14−50970−BLS | Form ID: pdfodc | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Daniel B. Butz | dbutz@mnat.com |
| aty | Justin Cory Falgowski | jfalgowski@reedsmith.com |
| aty | Marcos Alexis Ramos | ramos@rlf.com |
| aty | Mark D. Collins | collins@rlf.com |
| aty | Robert Charles Maddox | maddox@rlf.com |
| aty | Robert Charles Maddox | maddox@rlf.com |
| aty | Robert Charles Maddox | maddox@rlf.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| clagent | Logan & Company Inc. | Logan & Company, Inc. | 546 Valley Road | Upper Montclair, NJ 07043 |
| ust | United States Trustee | 844 King Street, Room 2207 | Lockbox #35 | Wilmington, DE 19899−0035 USA |

TOTAL: 2